UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **DAVID GORDON FLEMING,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-93-B-S |
| | ) |
| **JEFFREY MERRILL, Warden,** | ) |
| Maine State Prison, | ) |
| | ) |
| Respondent. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections were filed to the Magistrate Judge's Recommended Decision (Docket No. 10) filed February 1, 2006. I have also reviewed the merits of the case independently. On both grounds, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED the Motion to Dismiss (Docket No. 10) is GRANTED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 23rd day of February, 2006.